UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAMELA J. SHAFER
a/k/a PAMELA JEAN GROOTERS
a/k/a PAMELA SHAFER-GROOTERS,

    Defendant.
_____/

Case No. 1:16-cr-231

HON. JANET T. NEFF

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on April 14, 2017 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 38) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count Six of the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.

Dated: May 1, 2017

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge